UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEMAEL NZIHOU,
Homeless,

   Plaintiff,

  v.

DEFENSE CONTRACTING
MANAGEMENT AGENCY,
14501 George Carter Way 2nd Floor
Chantilly, VA 20151,

   Defendant.

Civil Action No. 25-0283

## NOTICE OF REMOVAL OF A CIVIL ACTION

Pursuant to 28 U.S.C. § 1442(a)(1), the Defense Contracting (sic) Management Agency ("Defendant"), through undersigned counsel, hereby files this Notice of Removal ("Notice"). In support of this Notice, the following facts are relied upon.

Defendant is in receipt of a Complaint in the case *Nzihou v. Defense Contracting Management Agency*, No. 2024-CAB-006795, filed in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action") on Monday, October 28, 2024. Although the U.S. Attorney's Office was not served with a copy of the Complaint, it has obtained a copy and attaches it as Exhibit A.

Defendant is an agency of the United States.  Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1).

A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

- 2 -

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.


Date:   January 30, 2025
        Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     _____*/s/ Sam Escher*_____
        SAM ESCHER, D.C. Bar #1655538
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2531
        Sam.Escher@usdoj.gov

*Attorneys for the United States of America*